BEFORE THE SECOND DIVISION, MARCH 15, 1966

**No. 69830.**—Smith Wolff Co., Inc. *v.* United States, protests 291710–K, etc. (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.

**No. 69831.**—Rohde & Scharz Sales Co. (USA), Inc. *v.* United States, protests 64/25229 and 64/25230 (New York).

Opinion by RAO, C.J.   It appearing from the official papers that the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.